UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY S. FRUCIANO,<br><br>    Plaintiff,<br><br>v.<br><br>TOM LUE, M.D., et al.,<br><br>    Defendants. | Case No.18-cv-04452-JSC<br><br>**ORDER REMANDING CLAIM AGAINST DR. KARPMAN AND THE UROLOGICAL SURGEONS OF NORTHERN CALIFORNIA TO THE ALAMEDA COUNTY SUPERIOR COURT**<br><br>Re: Dkt. No. 116 |

    Plaintiff Anthony Fruciano representing himself alleges discrimination under the Unruh Act and 42 U.S.C. § 1983 in connection with medical treatment he sought from three separate health care providers in 2016. Although Plaintiff filed this action in the Alameda County Superior Court, the University of California Regents, who were previously named as a defendant and employed Dr. Lue, another defendant in this action, removed the action to this court based on federal question jurisdiction. After several rounds of motion practice, only three defendants remain: Dr. Lue, Dr. Karpman, and Dr. Karpman's employer the Urological Surgeons of Northern California. Plaintiff pleads a Section 1983 claim against Dr. Lue and an Unruh Act claim against Dr. Karpman and the Urological Surgeons of Northern California. Because the Court had concerns regarding its subject matter jurisdiction over the state law claim against Dr. Karpman and the Urological Surgeons of Northern California, the parties were ordered to show cause as to why the state claim against Dr. Karpman and the Urological Surgeons of Northern California should not be remanded to state court. (Dkt. No. 116.) Plaintiff responded stating that he does not oppose remand and Dr. Karpman and the Urological Surgeons of Northern California have not responded to the Court's Order.

    The Court SEVERS Plaintiff's state law claim against Dr. Karpman and the Urological

Surgeons of Northern California and REMANDS the claim to the Alameda Superior Court. *See* 28 U.S.C. § 1441(c)(2). While the Court has original jurisdiction over Plaintiff's Section 1983 claim against Dr. Lue, there is no basis for supplemental jurisdiction over Plaintiff's state law claim against Dr. Karpman and the Urological Surgeons of Northern California because the state law claim does not arise out of the same "case or controversy" as Plaintiff's Section 1983 claim against Dr. Lue. *See* 28 U.S.C. § 1367(a).

**IT IS SO ORDERED.**

Dated: July 16, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge